# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 261

| | | |
|---|---|---|
| SHANNON ROSENBLOOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEE HUNLEY, KAREN REID, and HAND AND STONE MASSAGE AND FACIAL SPA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court following the filing of a Motion to Dismiss by Defendants Dee Hunley and Karen Reid (Doc. 7) and a Motion to Dismiss by Defendant Hand and Stone Massage and Facial Spa (Doc. 10). The Court will now advise Plaintiff, who is appearing *pro se*, of her opportunity to respond and the time for doing so.

The Court cautions Plaintiff that Defendants Hunley and Reid and Hand and Stone Massage and Facial Spa have filed Motions to Dismiss. In their Motions, Defendants ask the Court to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1), 12(b)(4), and 12(b)(6) of the Federal Rules of Civil Procedure.

The time allowed by the Local Rules for Plaintiff to respond to Defendants' motions has expired. However, the Court, in its discretion, will allow Plaintiff an additional opportunity to do so. Nonetheless, the Court advises Plaintiff that if she does not submit responses to the Motions to Dismiss by the date stated below, the Court will proceed to

decide Defendants' motions without hearing from Plaintiff.

Therefore, the Court **INSTRUCTS** Plaintiff to review the Motions to Dismiss (Docs. 7, 10) carefully.

Further, the deadline for Plaintiff to respond to Defendants' Motions is **EXTENDED** to and including **MARCH 22, 2019.** As stated, Plaintiff's failure to file a response will result in the Court evaluating and ruling upon Defendants' Motions to Dismiss without hearing from Plaintiff.

Signed: March 5, 2019

W. Carleton Metcalf
United States Magistrate Judge