# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Shannon Rosenbloom**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00261-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Karen Reid | ) | |
| Dee Hunley | ) | |
| Hand and Stone Massage and Facial | ) | |
| Spa**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2019 Order.

May 22, 2019

Frank G. Johns, Clerk
United States District Court