# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00261-MR-WCM

| | |
|---|---|
| SHANNON ROSENBLOOM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEE HUNLEY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Motion to Reconsider Ruling of Doc. 18 & 19 Filed on 5/22/19" [Doc. 21].

For the reasons stated in the Motion, the Court will reopen this matter to allow the Plaintiff an opportunity to file objections to the Memorandum and Recommendation.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Reconsider [Doc. 21] is **GRANTED**, and the Order and Judgment dismissing this case [Docs. 18, 19] are **VACATED**.

**IT IS FURTHER ORDERED** that the Plaintiff shall have fourteen (14) days from the filing of this Order in which to file objections to the Memorandum and Recommendation.

**IT IS SO ORDERED.**

Signed: June 24, 2019

Martin Reidinger
United States District Judge