# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Shannon Rosenbloom**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00261-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Karen Reid, | ) | |
| Dee Hunley, | ) | |
| Hand and Stone Massage and Facial Spa**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2019 Order.

July 11, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court